RECEIVED
AUG 2 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 2 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| WIGGIE WILLIAMS | * | CIVIL ACTION NO. 05-964 |
| VERSUS | * | JUDGE MELANÇON |
| FIRST HEALTH NETWORK | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record, including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Rule 12(b)(6) filed by defendant First Health Group Corp. [rec. doc. 6] is **DENIED**.

Thus done and signed this ___ day of September, 2005 at Lafayette, Louisiana.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE