RECEIVED
NOV 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Wiggie Williams | Civil Action No. 05-0964 |
| versus | Judge Tucker L. Melançon |
| The First Health Network | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that defendant's Motion for Summary Judgment [Rec. Doc. 27] is GRANTED without prejudice.

Thus done and signed this 15th day of November, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge